

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                          01-13-00104-CR

Style:                                 Raephil Johnson

                                       v. The State of Texas

Date motion filed[*]:                  October 10, 2013

Type of motion:                        Extension of time to file appellant's brief

Party filing motion:                   Appellant

Document to be filed:                  Appellant's brief

Is appeal accelerated?        No

If motion to extend time:
     Original due date:                          April 24, 2013
     Number of previous extensions granted:        2            Current Due date: September 6, 2013
     Date Requested:                             November 8, 2013

Ordered that motion is:

    ☑     Granted

         If document is to be filed, document due: November 8, 2013

        ☑     The Court will not grant additional motions to extend time

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

**Appellant requests an extension of time to file his brief. We grant appellant's motion for extension of time and order appellant's brief be filed no later than November 8, 2013. No further extensions of time will be granted. If appellant's brief is not filed on or before November 8, 2013, the case will be abated and remanded to the trial court for a recommendation as to whether new counsel should be appointed to prepare and file a brief on appellant's behalf.**

Judge's signature:  /s/ Laura C. Higley
             ☑ Acting individually        ☐ Acting for the Court

Panel consists of _____

Date: October 17, 2013

November 7, 2008 Revision